THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Playdate PDX, LLC, an Oregon limited liability company, and Playdate SEA, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Playdate Cafe LLC, a Washington limited liability company,<br><br>    Defendant. | Case No. 2:14-cv-00678-TSZ<br><br>**ACCEPTANCE OF SERVICE FOR DEFENDANT PLAYDATE CAFÉ LLC** |

Defendant Playdate Café LLC, hereby accepts service of process of the Summons, Complaint, Report on the Filing of an Action Regarding a Trademark, Corporate Disclosure Statement for Playdate PDX, LLC, and Corporate Disclosure Statement for Playdate SEA, LLC, by and through its attorney, Madhu K. Singh, of MK Singh Law Office, as of the date written below.

DATED: 05/08/2014

MK SINGH LAW OFFICE

BY: _____
Madhu K. Singh, WSBA No. 41473
madhu@mksinghlaw.com
Attorneys for Defendant
Playdate Café LLC

ACCEPTANCE OF SERVICE FOR DEFENDANT
PLAYDATE CAFÉ LLC - 1
No. 2:14-cv-00678-TSZ

128339.0001/6010455.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107